JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEMANUEL WEILCH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAWN CARTY, AS TRUSTE OF RICHARD L. CARTY TRUST; and DOES 1 to 10,<br><br>　　　　Defendant. | Case No. 2:22-cv-04105-AB (MRW)<br><br>**ORDER RE STIPULATION OF SETTLEMENT** |

　　The Court has been advised that this action has been settled.

　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **thirty (30) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All upcoming dates and deadlines are **VACATED.**

Dated: September 29, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.